UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THANIA FERNANDEZ, on behalf of herself, individually, and on behalf of all others similarly-situated,

           Plaintiff,

  -against-

CATHOLIC GUARDIAN SERVICES f/k/a CATHOLIC GUARDIAN SOCIETY AND HOME BUREAU, and CRAIG LONGLEY, individually, GRACE POPPE, individually, and DOLORES ORTIZ, individually,

           Defendants.

Case No.: 17-cv-3161(ER)

**DECLARATION OF DOLORES ORTIZ**

Dolores Ortiz, declares under the penalty of perjury that the following is true and correct:

1. I am over eighteen years of age and am the Assistant Executive Director for Family Support Services at Catholic Guardian Services ("CGS"). I have held this position since on or about January 1989. In my role, I am responsible for a number of CGS's programs, including the Unaccompanied Aliens Children ("UAC") program. As such I am fully familiar with the programs at issue here.

2. Case Workers are required by the U.S. Office of Refugee Resettlement ("ORR") to undergo specific training prior to serving as a Case Worker in a UAC program. Plaintiff Fernandez and all other UAC Case Managers have taken such training.

3. Upon placement at CGS, Case Managers, including Plaintiff, will conduct an initial assessment of the child. Of particular importance, children are assessed for concerns related to abuse, gangs, human trafficking and forced labor. Various services/programs and/or follow-ups will be recommended based on the Caseworkers' assessment.

4. Case Managers also conduct multiple interviews of potential sponsors (and family members in the home country) to determine whether it is safe to place the children under the care of the sponsor.

5. The Case Manager makes a recommendation to the ORR about whether the UAC child should be released to the care of the sponsor. In all instances that I am aware of, the ORR has ultimately accepted the Case Manager's recommendation of release to the sponsor.

Dated:    New York, New York

        September 14, 2017

*/s/ Dolores Ortiz*
DOLORES ORTIZ

2