```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THANIA FERNANDEZ, et al.,

                     Plaintiffs,

     -against-

CATHOLIC GUARDIAN SERVICES, et al.,

                     Defendants.

-----------------------------------------------------------------X

17-CV-03161 (ER)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The settlement conference currently scheduled for Tuesday, October 13, 2020, at 10:00 a.m. is RESCHEDULED for Tuesday, October 27, 2020, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, October 20, 2020. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

SO ORDERED.

DATED:    October 6, 2020
               New York, New York

                                          SARAH NETBURN
                                          United States Magistrate Judge