

**MEMO ENDORSED**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
*Attorneys at Law*
599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletree.com

Robert M. Tucker
212-492-2510
robert.tucker@ogletree.com

November 9, 2020

**Via ECF**

The Honorable Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Defendants' request to adjourn the November 11, 2020 discovery deadline and November 13, 2020 case management conference is granted. The parties are directed to file their proposed settlement agreement by December 4, 2020.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 11/10/2020
> New York, New York

Re:    **Fernandez v. Catholic Guardian Services, et al.; Case No. 1:17-cv-03161 (ER)(SN)**

Dear Judge Ramos:

      This firm represents Defendants Catholic Guardian Services ("CGS"), Craig Longley, Grace Poppe, and Delores Ortiz in the above-referenced matter. We write jointly on behalf of the parties to notify Your Honor that the parties have reached an agreement on a framework for a settlement in principle of this matter. In light of this development, the parties request that Your Honor adjourn the November 11, 2020 discovery deadline and the November 13, 2020 status conference *sine die*.

      The parties also request time for the following: (i) Plaintiffs to communicate with and obtain consent from the 40 opt-in plaintiffs; and (ii) the parties to memorialize the terms of the settlement in a written agreement and prepare their fairness submission in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties anticipate that they will be in a position to submit their settlement agreement and fairness submission for review and approval by December 4, 2020.

      We appreciate Your Honor's consideration of this request.

Respectfully submitted,

Robert M. Tucker

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington