# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

**MEMO ENDORSED**

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

910 Franklin Avenue
Suite 200
Garden City, NY 11530
Tel. No. 516.248.5550
Fax No. 516.248.6027

March 3, 2021

*Via ECF*
The Honorable Edgardo Ramos
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

> Plaintiff's request for an extension of time to file the parties' settlement agreement for approval is granted. The parties' settlement agreement is due **March 26, 2021**.
>
> It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: March 4, 2021
> New York, New York

Re:   *Fernandez v. Catholic Guardian Services, et al.,*
       Docket No. 1:17-cv-03161 (ER)(SN)

Dear Judge Ramos:

We represent named-Plaintiff Thania Fernandez and the forty opt-in Plaintiffs (all forty-one, collectively, as "Plaintiffs") in this conditionally-certified collective action arising under the Fair Labor Standards Act and the New York Labor Law against Catholic Guardian Services, and individuals Craig Longley, Grace Poppe, and Dolores Ortiz (collectively as "Defendants"). On November 9, 2020, Defendants' counsel advised the Court that the parties had reached an agreement on the framework for a settlement in principle.

Since our last correspondence, the parties have made substantial progress towards finalizing the settlement agreement. However, given the number of Plaintiffs involved, signatures for all of whom are required, the parties need additional time to finalize the settlement and submit it for approval. Accordingly, we write now, on behalf of all parties, to request an additional twenty-one days, until March 26, 2021, to finalize the terms of the settlement, have it executed by all parties, and submit it to the Court for review in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). This is the parties' third request for an extension of this deadline.

1

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Caitlin Duffy, Esq.
*For the Firm*

To: All parties *via* ECF

2