UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THANIA FERNANDEZ, et al.,

                Plaintiffs,                                       17-CV-03161 (ER) (SN)

      -against-                                                      **ORDER**

CATHOLIC GUARDIAN SERVICES, et al.,

                Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiffs' counsel's request to withdraw as counsel for Plaintiff Orlando Roman is granted. See ECF No. 144. Plaintiff Roman is notified that if he wishes to prosecute his claims, he must file a notice of pro se appearance by September 10, 2021. Failure to file a notice will result in dismissal without prejudice of all claims.

       The parties are directed to file a Rider to the Settlement Agreement filed on August 2, 2021, which shall make clear that Plaintiff Roman is not included in the Agreement. See ECF No. 142, Ex. 1. The Rider shall also provide a recalculation of the consideration on paragraph 4(A)(xxxiii) of the Agreement as proposed by the parties, and strike Plaintiff Roman's name from the first paragraph of the agreement that defines him as a Plaintiff included in the Settlement Agreement. See id. The parties shall file the Rider by September 15, 2021.

       Plaintiffs' counsel is ORDERED to deliver immediately a copy of this order to any last known contact by mail, email, or text to Plaintiff Roman.

**SO ORDERED.**

DATED:     August 30, 2021
               New York, New York

SARAH NETBURN
United States Magistrate Judge