```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THANIA FERNANDEZ, et al.,

                          Plaintiffs,        17-CV-03161 (ER) (SN)

         -against-                           ORDER OF DISMISSAL

CATHOLIC GUARDIAN SERVICES, et al.,

                          Defendants.
------------------------------------------------------------X
```

RAMOS, D.J.:

      On August 30, 2021, Magistrate Judge Netburn granted Plaintiffs' counsel's motion to withdraw as counsel for Plaintiff Orlando Roman.  ECF No. 147.  Judge Netburn directed Plaintiff Roman to file a notice of pro se appearance in this action by September 10, 2021.  Id.  Neither the Court nor Judge Netburn has received any communication from Plaintiff Orlando Roman.  Accordingly, his claims are dismissed without prejudice.

      Plaintiffs' counsel is directed to mail, email, or text a copy of this Order to Plaintiff Roman' last known address(es).

**SO ORDERED.**

_____
Edgardo Ramos, U.S.D.J.

DATED:    September 20, 2021
                New York, New York