```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THANIA FERNANDEZ, et al.,

                         **Plaintiffs,**                    **17-CV-03161 (ER) (SN)**

      -against-                                         **ORDER**

CATHOLIC GUARDIAN SERIVICES, et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    The parties appeared before me for settlement conferences on August 19 and October 27, 2020. Following the October 27, 2020 conference, the parties reached an agreement in principle to resolve this matter, and the parties have now submitted their written agreement for approval pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). See ECF No. 142.

    Because Plaintiffs concurrently moved to withdraw as counsel for Plaintiff Orlando Roman, I ordered the parties to file a Rider to the Settlement Agreement that made it clear that the Settlement Agreement did not bind that Plaintiff, who has been dismissed without prejudice, and that recalculated the consideration to exclude Plaintiff Roman. See ECF No. 147. On September 15, 2021, the parties submitted an amendment to the Settlement Agreement. ECF No. 148. Having reviewed the proposed revised settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED.

**SO ORDERED.**

                                                                     _____
                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:    September 21, 2021
                  New York, New York